LEE W. RUBENSTEIN, Individually and on Behalf of Other Stockholders of THE SWEETS COMPANY OF AMERICA, INC., Similarly Situated, Respondent, v. THE SWEETS COMPANY OF AMERICA, INC., and Others, Defendants, Impleaded with LEWIS L. CLARKE and Others, Appellants. — Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants, appellants, to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MAURICE DEUTSCH and JOSEPHINE M. DEUTSCH, Respondents, v. ALBERT ULMANN and Others, Individually and as Copartners Conducting Business under the Firm Name and Style of SULZBACHER, GRANGER & Co., Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AUGUST F. LANGHORST, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CHARLES S. JACOBSEN, Respondent, v. DUFFIELD & GREEN, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

EDWIN F. COFFIN, Respondent, v. BYRDIE SHOUR, Individually and as Administratrix, etc., of LOUIS N. SHOUR, Deceased, Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements, with leave to defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ERNEST A. HOWE, Appellant, v. EDWARD P. PATTERSON, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ROCHELLE REALTY CORPORATION, Respondent, v. ROBIN REDBREAST HOSIERY COMPANY, INC., and RED ROBIN HOSIERY SHOPS, INC., Appellants.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOSEPH M. HARLEY, Appellant, v. CHARLES E. FENNER and Others, Respondents, Impleaded with Others.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MORRIS PERLMAN, Appellant, v. ABE FALIK, Respondent.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event. The question of contributory negligence is one of fact and should have been submitted to the jury. (Nelson v. Nygren, 259 N. Y. 71.) Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.